AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

Lisa E. Coppola, IRA, derifatively on behalf of JUNIPER NETWORKS, INC., )
      Plaintiff )
v. ) Civil Action No.
Kevin Johnson, et al. )
      Defendant )

**CV11-06667 HRL**

ADR

E-filing

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KEVIN JOHNSON, SCOTT KRIENS, PRADEEP SINDHU, ROBERT M. CALDERONI, MARY B. CRANSTON, JOHN MICHAEL LAWRIE, STRATTON SCLAVOS, WILLIAM R. STRENSRUD, WILLIAM MEEHAN, DAVID SCHLOTTERBECK, MERCEDES JOHNSON, ROBYN M. DENHOLM, Defendants, and JUNIPER NETWORKS, INC., Nominal Defendant

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Alan R. Plutzik / Michael S. Strimling
Bramson, Plutzik, Mahler & Birkhaeuser
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/28/11

Tiffany Salinas-Harwell

*Signature of Clerk or Deputy Clerk*